AO 451 (Rev. 01/09)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| Grasshopper House, LLC, et al. | ) | |
| *Plaintiff* | ) | Civil Action No. ~~3:09-CV-778-HA~~ |
| v. | ) | |
| Accelerated Recovery Centers, LLC et al. | ) | |
| *Defendant* | ) | |

*2:09-mc-00374 UA*

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 11/17/09

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:       12/21/09

MARY L. MORAN

CLERK OF COURT

Signature of Clerk or Deputy Clerk

12/30/2009 11:29:46 AM  Receipt #: 129021
          Cashier : KPAGE [LA 1-1]
Paid by: TROJAN LAW OFFICES
2:MC09-00374
2010-086900           Indexing Misc. paper(1)
Amount :                           $20.00
2:MC09-00374
2010-510000       Judicial Services ($19)(1)
Amount :                           $19.00
Check Payment : 8612 /              39.00
Total Payment :                     39.00

Certified to be a true and correct
copy of original filed in this District.
Dated 12/21/09
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk _____ Through _____
Pages _____

FILED'09 NOV 16 1655USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**Grasshopper House, LLC**, a California
limited liability company doing business as
Passages Malibu, **Passages Silver Strand,
LLC**, a California limited liability company,

        Plaintiffs,

    vs.

**Accelerated Recovery Centers, LLC**, a
Georgia limited liability company,
**Renaissance Malibu Foundation**, a
California non-profit corporation, and
**Baldwin Research Institute, Inc.**, a
New York non-profit corporation,

        Defendants.

Civil Case No.: 3:09-CV-778-HA

~~[Proposed]~~ **JUDGMENT
AGAINST DEFENDANT
RENAISSANCE MALIBU
FOUNDATION**

Defendant Renaissance Malibu Foundation was served and did not file its appearance,
and this Court entered an order of default against said defendant. Plaintiffs have
submitted Declarations in this civil action in support of plaintiffs' claims for damages
and injunctive relief, and based upon the record herein,

Page 1 – [Proposed] JUDGMENT AGAINST DEFENDANT
        RENAISSANCE MALIBU FOUNDATION

IT IS ORDERED that plaintiffs Grasshopper House, LLC, and Passages Silver

Strand, LLC, recover from the defendant Renaissance Malibu Foundation the amount of

$750,000.00, with post-judgment interest at the rate of 0.36%, along with costs and

*0.34 AH*

reasonable attorney fees.

IT IS FURTHER ORDERED that plaintiffs' claim for attorney fees and costs will

be made by motion filed no later than 14 days after the entry of judgment herein.

IT IS FURTHER ORDERED that defendant Renaissance Malibu Foundation, and

its officers, directors, employees, agents, servants, and all persons, firms, corporations,

franchisees and associates in concert or participation with Defendants are permanently

enjoined from doing any of the following:

a.    conducting or doing business, in any capacity, using plaintiffs' trade dress or

trademarks, or any confusingly similar marks, trade dress, designations or variations

thereof;

b.    using the plaintiffs' trademarks "Passages", "Passages Silver Strand" and

"Passages Malibu" or trade dress, or any confusingly similar marks, trade dress,

derivative or form thereof, in connection with the advertisement, sale or offering for sale

of goods and services, including (i) use in any internet advertising programs (including

as text, headlines or keywords), promotional materials, and web sites;

(ii) use as a targeted keyword phrase in internet advertising; and (iii) use as Google

Adwords or similar search engine advertising use.

Page 2 – [Proposed] JUDGMENT AGAINST DEFENDANT
RENAISSANCE MALIBU FOUNDATION

c.      falsely or inaccurately describing or designating the origin of or other facts

related to any goods or services in any manner that is likely to cause confusion, mistake

or deception as to the affiliation, connection and association of defendant Renaissance

Malibu Foundation with Plaintiffs;

d.      engaging in any conduct violative of 15 U.S.C. § 1125(a);

e.      engaging in any conduct violative of Cal. Bus. & Prof Code § 17200.


DATED  November _16_, 2009


Ancer L. Haggerty

United States District Court